1  Lisa C. Hamasaki (SBN 197628)
     lch@millerlawgroup.com
2  Katherine L. Kettler (SBN 231586)
     klk@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendants AT&T PENSION BENEFIT
7  PLAN and PACIFIC TELESIS GROUP COMPREHENSIVE
   DISABILITY BENEFITS PLAN (Specially Appearing for purpose of
8  Stipulation)

9  Richard Johnston (SBN 124524)
     richardjohnstonesq@gmail.com
10 131-A Stony Circle, Suite 500
   Santa Rosa, CA  95401
11 Tel. (707) 577-7422
   Fax (707) 837-9532
12
   Attorney for Plaintiff
13 LEON S. PENCE

14
                    UNITED STATES DISTRICT COURT
15
                  EASTERN DISTRICT OF CALIFORNIA
16

17 | LEON S. PENCE,                          | Case No.: 1:12-CV-01127-LJO-SKO
18 |                                         |
19 |              Plaintiff,                 | **STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND EXTENDING ALL RELATED DEADLINES**
   | v.                                      |
20 |                                         |
21 | AT&T PENSION BENEFIT PLAN; PACIFIC      |
   | TELESIS GROUP COMPREHENSIVE             |
22 | DISABILITY BENEFITS PLAN,               |
23 |                                         | Complaint filed:  July 10, 2012
   |              Defendants.                |
24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND
EXTENDING ALL RELATED DEADLINES - Case No.: 1:12-CV-01127-LJO-SKO**

MILLER **LAW** GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA

1    Pursuant to United States District Court for the Eastern District of California

2 Local Rule 144 and Federal Rule of Civil Procedure, Rule 6, Plaintiff LEON S. PENCE

3 ("Plaintiff") and Defendants AT&T PENSION BENEFIT PLAN and PACIFIC BELL TELESIS

4 GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, which is Specially Appearing

5 for purposes of this Stipulation, ("Defendants"), by and through their undersigned attorneys,

6 hereby stipulate and agree as follows:

7    WHEREAS, pursuant to Federal Rule of Civil Procedure, Rule 16, on July 11,

8 2012, the Court set the Mandatory Scheduling Conference for October 16, 2012 in the

9 above-referenced Action;

10    WHEREAS, Defendants were sent a Request for Waiver of Service of

11 Summons on September 11, 2012;

12    WHEREAS, Defendants returned the executed Waiver of Service of Summons

13 on September 18, 2012;

14    WHEREAS, based on their return of the Request for Waiver of Service of

15 Summons, Defendants' date to respond to Plaintiff's complaint is not until November 13,

16 2012;

17    WHEREAS, the Parties are in the process of conferring about the identity of

18 the proper Defendants and the possibility of an amendment to the Complaint to name the

19 appropriate party-Defendants;

20    WHEREAS, this stipulation does not in any way constitute a responsive

21 pleading by Defendants and Defendants reserve all arguments – including regarding the

22 appropriateness of parties named;

23    WHEREAS, the parties have not previously requested any continuances in

24 this matter;

25

26    NOW, THEREFORE,

27

28

**MILLER LAW GROUP**
A PROFESSIONAL CORPORATION
CALIFORNIA

2

**STIPULATION AND [PROPOSED] ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND
EXTENDING ALL RELATED DEADLINES - Case No.: 1:12-CV-01127-LJO-SKO**

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and

2  Defendants, by and through their respective undersigned attorneys of record, WHEREAS,

3  the parties have STIPULATED  to continue the Mandatory Scheduling Conference until

4  Tuesday, December 18, 2012 or as soon thereafter as ordered by the Court and continue

5  the related dates as follows:

6  • The parties shall complete the Federal Rule of Civil Procedure, Rule

7  26(f) Conference no later than **November 28, 2012**.

8  • The parties shall exchange initial disclosures by no later than

9  **December 11, 2012**.

10  • The parties shall file the Joint Scheduling Report by no later than

11  **December 11, 2012**.

12  Good cause exists for the extension of the hearing, as set forth above.

13

14  **IT IS SO STIPULATED.**

15

16  Dated:  October 2, 2012          LAW OFFICE OF RICHARD JOHNSTON

17

18  By:  _____/s/_____
    Richard Johnston

19  Attorneys for Plaintiff  LEON S. PENCE

20  Dated:  October 2, 2012          MILLER LAW GROUP
    A Professional Corporation
21

22

23  By:  _____/s/_____
    Katherine L. Kettler

24  Attorneys for Defendants AT&T PENSION
    BENEFIT PLAN and PACIFIC TELESIS
25  GROUP COMPREHENSIVE DISABILITY
    BENEFITS PLAN (Specially Appearing)
26

27

28

**MILLER LAW GROUP**
A PROFESSIONAL CORPORATION
CALIFORNIA

3

1

## ORDER

2

3       Having reviewed the Stipulation executed by Plaintiff LEON S. PENCE and

4 Defendants AT&T PENSION BENEFIT PLAN and PACIFIC BELL TELESIS GROUP

5 COMPREHENSIVE DISABILITY BENEFITS PLAN (Specially Appearing for purposes of this

6 Stipulation), and good cause appearing, the Court hereby orders that the October 16, 2012

7 Mandatory Scheduling Conference be continued to December 18, 2012, at 10:00 a.m.

8 before Magistrate Judge Sheila K. Oberto in Courtroom 7, and all related deadlines be

9 extended as follows:

10       •       The parties shall complete the Federal Rule of Civil Procedure, Rule

11 26(f) Conference by no later than November 28, 2012.

12       •       The parties shall exchange initial disclosures by no later than

13 December 11, 2012.

14       •       The parties shall file their Joint Scheduling Report by no later than

15 December 11, 2012.

16

17

18

19

20

21 IT IS SO ORDERED.

22    Dated:    **October 3, 2012**                      **/s/ Sheila K. Oberto**
                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

4

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
CALIFORNIA