Lisa C. Hamasaki (SBN 197628)
 lch@millerlawgroup.com
Katherine L. Kettler (SBN 231586)
 klk@millerlawgroup.com
MILLER LAW GROUP
A Professional Corporation
111 Sutter Street, Suite 700
San Francisco, CA 94104
Tel. (415) 464-4300
Fax (415) 464-4336

Attorneys for Defendants AT&T PENSION BENEFIT PLAN and PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN (Specially Appearing for purpose of Stipulation)

Richard Johnston (SBN 124524)
 richardjohnstonesq@gmail.com
131-A Stony Circle, Suite 500
Santa Rosa, CA  95401
Tel. (707) 577-7422
Fax (707) 837-9532

Attorney for Plaintiff
LEON S. PENCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON S. PENCE, <br><br> Plaintiff, <br><br> v. <br><br> AT&T PENSION BENEFIT PLAN; PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, <br><br> Defendants. | Case No.: 1:12-CV-01127-LJO-SKO <br><br> **STIPULATION AND ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND EXTENDING ALL RELATED DEADLINES** <br><br><br> Complaint filed:  July 10, 2012 |

Pursuant to United States District Court for the Eastern District of California Local Rule 144 and Federal Rule of Civil Procedure, Rule 6, Plaintiff LEON S. PENCE ("Plaintiff") and Defendants AT&T PENSION BENEFIT PLAN and PACIFIC BELL TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN, which is Specially Appearing for purposes of this Stipulation, ("Defendants"), by and through their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure, Rule 16, on July 11, 2012, the Court set the Mandatory Scheduling Conference for October 16, 2012 in the above-referenced Action;

WHEREAS, Defendants were sent a Request for Waiver of Service of Summons on September 11, 2012;

WHEREAS, Defendants returned the executed Waiver of Service of Summons on September 18, 2012;

WHEREAS, based on their return of the Request for Waiver of Service of Summons, Defendants' date to respond to Plaintiff's complaint is not until November 13, 2012;

WHEREAS, the Parties are in the process of conferring about the identity of the proper Defendants and the possibility of an amendment to the Complaint to name the appropriate party-Defendants;

WHEREAS, this stipulation does not in any way constitute a responsive pleading by Defendants and Defendants reserve all arguments – including regarding the appropriateness of parties named;

WHEREAS, the parties have not previously requested any continuances in this matter;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their respective undersigned attorneys of record, WHEREAS, the parties have STIPULATED to continue the Mandatory Scheduling Conference until Tuesday, December 18, 2012 or as soon thereafter as ordered by the Court and continue the related dates as follows:

- The parties shall complete the Federal Rule of Civil Procedure, Rule 26(f) Conference no later than **November 28, 2012**.
- The parties shall exchange initial disclosures by no later than **December 11, 2012**.
- The parties shall file the Joint Scheduling Report by no later than **December 11, 2012**.

Good cause exists for the extension of the hearing, as set forth above.

**IT IS SO STIPULATED.**

Dated: October 2, 2012                LAW OFFICE OF RICHARD JOHNSTON

By: _____/s/_____
    Richard Johnston
    Attorneys for Plaintiff LEON S. PENCE

Dated: October 2, 2012                MILLER LAW GROUP
                                      A Professional Corporation

By: _____/s/_____
    Katherine L. Kettler
    Attorneys for Defendants AT&T PENSION BENEFIT PLAN and PACIFIC TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN (Specially Appearing)

3

**ORDER**

Having reviewed the Stipulation executed by Plaintiff LEON S. PENCE and Defendants AT&T PENSION BENEFIT PLAN and PACIFIC BELL TELESIS GROUP COMPREHENSIVE DISABILITY BENEFITS PLAN (Specially Appearing for purposes of this Stipulation), and good cause appearing, the Court hereby orders that the October 16, 2012 Mandatory Scheduling Conference be continued to December 18, 2012, at 10:00 a.m. before Magistrate Judge Sheila K. Oberto in Courtroom 7, and all related deadlines be extended as follows:

- The parties shall complete the Federal Rule of Civil Procedure, Rule 26(f) Conference by no later than November 28, 2012.
- The parties shall exchange initial disclosures by no later than December 11, 2012.
- The parties shall file their Joint Scheduling Report by no later than December 11, 2012.

IT IS SO ORDERED.

Dated:   **October 3, 2012**             **/s/ Sheila K. Oberto**
                                        UNITED STATES MAGISTRATE JUDGE