UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON S. PENCE, | CASE NO. CV F 12-1127 LJO SKO |
| Plaintiff, | **ORDER AFTER SETTLEMENT**<br>(Doc. 19.) |
| vs. | |
| AT & T PENSION BENEFIT PLAN, et al., | |
| Defendants. / | |

The parties' counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than July 26, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending matters and dates, including the November 13, 2013 pretrial conference and January 7, 2014 trial, which are subject to immediate resetting if settlement is not completed timely.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules160 and 272.  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and

1 | this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

   Dated:   **June 26, 2013**            **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE