UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LEON S. PENCE,<br><br>    Plaintiff,<br><br>    vs.<br><br>AT&T PENSION BENEFIT PLAN, et al.,<br><br>    Defendants. | CASE NO. CV F 12-1127 LJO SKO<br><br>**ORDER TO DISMISS AND CLOSE ACTION**<br>**(Doc. 21.)** |
|---|---|

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;

2. VACATES all pending dates and matters; and

3. DIRECTS the clerk to close this action.


IT IS SO ORDERED.

Dated:   **July 22, 2013**          /s/ **Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

1